

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00213-CR

## IN RE BRYAN STALLWORTH

### Original Proceeding

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 30582

## MEMORANDUM OPINION

In this original proceeding, Relator Bryan Stallworth seeks mandamus relief in the form of compelling the Respondent trial judge to hear and rule on several of his motions.

A court with mandamus authority "will grant mandamus relief if relator can demonstrate that the act sought to be compelled is purely 'ministerial' and that relator has no other adequate legal remedy." *In re Piper*, 105 S.W.3d 107, 109 (Tex. App.—Waco 2003, orig. proceeding) (quoting *State ex rel. Rosenthal v. Poe*, 98 S.W.3d 194, 197–99 (Tex. Crim. App. 2003) (orig. proceeding)). Consideration of a motion properly filed and before the trial court is ministerial. *State ex rel. Hill v. Court of Appeals for Fifth Dist.*, 34 S.W.3d

924, 927 (Tex. Crim. App. 2001) (orig. proceeding). A trial judge has a reasonable time to perform the ministerial duty of considering and ruling on a motion properly filed and before the judge. *In re Chavez*, 62 S.W.3d 225, 228 (Tex. App.—Amarillo 2001, orig. proceeding). But that duty generally does not arise until the movant has brought the motion to the trial judge's attention, and mandamus will not lie unless the movant makes such a showing, and the trial judge then fails or refuses to rule within a reasonable time. *In re Rangel*, 570 S.W.3d 968, 969 (Tex. App.—Waco 2019, orig. proceeding); *see Chavez*, 62 S.W.3d at 228.

Stallworth bears the burden of providing this Court with a sufficient record to establish his right to mandamus relief. *See Rangel*, 570 S.W.3d at 969; *In re Blakeney*, 254 S.W.3d 659, 661 (Tex. App.—Texarkana 2008, orig. proceeding). The record here does not show that Stallworth has brought any of the motions in question to the attention of the trial judge and that the trial judge has then failed or refused to rule within a reasonable time. Accordingly, we deny Stallworth's petition for writ of mandamus.

MATT JOHNSON
Justice

Before Chief Justice Gray,*
    Justice Johnson, and
    Justice Smith
    *(Chief Justice Gray concurs in the judgment. A separate opinion will not issue.)
Petition denied
Opinion delivered and filed July 19, 2023
Do not publish
[OT06]